IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AFLAWED GOODSOUL, DOCTRINAIRE,

        Plaintiff,

v.

FCC, et al.,

        Defendants.

OPINION and ORDER

20-cv-244-jdp

---

AFLAWED GOODSOUL, DOCTRINAIRE,

        Plaintiff,

v.

UNITED STATES,

        Defendant.

OPINION and ORDER

20-cv-245-jdp

---

AFLAWED GOODSOUL, DOCTRINAIRE,

        Plaintiff,

v.

UNITED STATES,

        Defendant.

OPINION and ORDER

20-cv-246-jdp

---

AFLAWED GOODSOUL, DOCTRINAIRE,

        Plaintiff,

v.

UNITED STATES,

        Defendant.

OPINION and ORDER

20-cv-353-jdp

| | |
|---|---|
| AFLAWED GOODSOUL, DOCTRINAIRE, | |
| Plaintiff, | |
| v. | OPINION and ORDER |
| ALL BLACK U.S INHABITANTS, ALL HISPANIC U.S. INHABITANTS, and UNITED STATES, | 20-cv-362-jdp |
| Defendants. | |

| | |
|---|---|
| AFLAWED GOODSOUL, DOCTRINAIRE, | |
| Plaintiff, | |
| v. | OPINION and ORDER |
| ALL PSYCHOLOGICAL WORKERS, ALL PSYCHIATRIC WORKERS, and UNITED STATES, | 20-cv-363-jdp |
| Defendants. | |

| | |
|---|---|
| AFLAWED GOODSOUL, DOCTRINAIRE, | |
| Plaintiff, | |
| v. | OPINION and ORDER |
| UNITED STATES, | 20-cv-371-jdp |
| Defendant. | |

Within the last several weeks, pro se plaintiff AFlawed Goodsoul, Doctrinaire has filed seven lawsuits. The cases are before the court for screening under 28 U.S.C. § 1915(e)(2).

All of the complaints are frivolous and most of them are incomprehensible. Goodsoul appears to blame the federal government, the media, mental health providers, and even racial minority groups for unspecified injuries. None of Goodsoul's allegations state a claim upon which relief may be granted, so I will dismiss all of his cases with prejudice.

2

Goodsoul has now filed 10 frivolous cases in the last few months. *See Goodsoul v. ICANN*, No. 19-cv-828-jdp (W.D. Wis, filed Oct. 7, 2019); *Goodsoul v. State of Wisconsin*, No. 19-cv-844-jdp (W.D. Wis., filed Oct. 8, 2019); *Goodsoul v. American Psychiatric Association*, No. 19-cv-924-jdp (W.D. Wis., filed Nov. 12, 2019). Even Goodsoul himself seems to be aware that his claims have no merit: in No. 20-cv-363-jdp, the caption of the complaint says that it is the "6th stupidest complaint filing in about one month." Goodsoul's motive in filing these complaints isn't clear. But judicial resources are limited, and "groundless litigation makes the courts less accessible to other parties with more substantive claims and defenses." *Gay v. Chandra*, 682 F.3d 590, 595 (7th Cir. 2012). So Goodsoul is warned: if he continues filing frivolous lawsuits, he will be subject to sanctions, which may include fines and bars on future filings. *See Gay*, 682 F.3d at 596; *Carr v. Tillery*, 591 F.3d 909, 919–20 (7th Cir. 2010); *Alexander v. U.S.*, 121 F.3d 312, 315 (7th Cir. 1997).

ORDER

IT IS ORDERED that these cases are DISMISSED with prejudice because they are frivolous. The clerk of court is directed to enter judgment and close each case.

Entered April 29, 2020.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge