FILED/REC'D

United States District Court for the 7th Circuit
District of Wisconsin (Western)
File Number _____

CLERK U.S.
BANKRUPTCY COURT
WD OF WI

2020 JUN -8 A 10:10

DOC NO
REC'D/FILED
2020 JUN -8 PM 12:38
PETER OPPENEER
CLERK US DIST COURT
WD C- WI

| | |
|---|---|
| AFlawed GoodSoul, DoctrinAire, Plaintiff<br><br>v.<br><br>FCC/State of Florida, et al;<br><br>UNITED STATES;<br><br>UNITED STATES;<br><br>UNITED STATES;<br><br>ALL BLACK U.S. INHABITANTS,<br>ALL HISPANIC U.S. INHABITANTS,<br>UNITED STATES;<br><br>{{ALL}} PSYCHOLOGICAL WORKERS,<br>{{ALL}} PSYCHIATRIC WORKERS,<br>UNITED STATES;<br><br>UNITED STATES<br><br>, Defendants | Notice of Appeal<br><br>WESTERN DISTRICT CONGLOMERATION:<br><br>20-cv-244-jdp, 20-cv-245-jdp, 20-cv-246-jdp, 20-cv-353-jdp, 20-cv-362-jdp, 20-cv-363-jdp, and 20-cv-371-jdp |

(1)

Notice is hereby given, in bulk of case designation notwithstanding the courts conglomeration currently of a bulk dismissal, as stated by the singular dismissal in all above named cases, hereby, the petitioner appeals to the United States Court of Appeals for the 7th Circuit (from the final judgment) from an unprocessed order called specifically crazy without appointment of a guardian ad litem or warento nescuint mortem or response of a parens patriae instruction on how wrong it is to sue one's otherwise faultering country for punitive damages. The entered action was the 29 day of April, 2020.

(s) _____
AFlawed GoodSoul, DoctrinAire
1-541-300-5495
aflawedgoodsoul1028@gmail.com

PRO SE PETITIONER
Address: 615 E Washington Ave.
Madison, WI 53703