IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AFLAWED GOODSOUL, DOCTRINAIRE,

        Plaintiff,

v.

FCC, et al.,

        Defendants.

ORDER

20-cv-244-jdp

---

AFLAWED GOODSOUL, DOCTRINAIRE,

        Plaintiff,

v.

UNITED STATES,

        Defendant.

ORDER

20-cv-245-jdp

---

AFLAWED GOODSOUL, DOCTRINAIRE,

        Plaintiff,

v.

UNITED STATES,

        Defendant.

ORDER

20-cv-246-jdp

---

AFLAWED GOODSOUL, DOCTRINAIRE,

        Plaintiff,

v.

UNITED STATES,

        Defendant.

ORDER

20-cv-353-jdp

AFLAWED GOODSOUL, DOCTRINAIRE,

      Plaintiff,

v.                     ORDER

ALL BLACK U.S INHABITANTS, ALL HISPANIC   20-cv-362-jdp
U.S. INHABITANTS, and UNITED STATES,

      Defendants.

---

AFLAWED GOODSOUL, DOCTRINAIRE,

      Plaintiff,

v.                     ORDER

ALL PSYCHOLOGICAL WORKERS, ALL     20-cv-363-jdp
PSYCHIATRIC WORKERS, and UNITED STATES,

      Defendants.

---

AFLAWED GOODSOUL, DOCTRINAIRE,

      Plaintiff,

v.                     ORDER

UNITED STATES,             20-cv-371-jdp

      Defendant.

---

   Plaintiff AFlawed Goodsoul, Doctrinaire has filed notices of appeal in all of these cases, and he has not paid the appellate filing fees. Under 28 U.S.C. § 1915(a)(3), a party may not proceed on appeal without prepaying the filing fee if the district court certifies that the appeal is not taken in good faith.

   I screened each of these cases and found that all of them were frivolous. Goodsoul's allegations were largely incomprehensible and none of them provided a plausible basis to infer that any of the dozens of defendants had violated Goodsoul's rights. An appeal of a frivolous

case is not taken in good faith. *See Fontanez v. Time Warner Cable,* 618 F. App'x 288, 289 (7th Cir. 2015) ("[B]ecause the district court found that [the] suit was frivolous, it should have certified that [the] appeal was taken in bad faith and revoked the order authorizing [the plaintiff] to proceed in forma pauperis on appeal."). So I will certify that the appeal is not taken in good faith and revoke the order authorizing Goodsoul to proceed *in forma pauperis*.

ORDER

IT IS ORDERED that the court certifies that plaintiff AFlawed Goodsoul's appeals in these cases are not taken in good faith. The orders authorizing Goodsoul to proceed *in forma pauperis* are REVOKED.

Entered June 11, 2020.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
District Judge